WIMBERLY *v.* MACON, DUBLIN AND SAVANNAH RAILROAD CO.

COBB, J. This case is controlled by the decision this day rendered in *Dykes* v. *Twiggs County.*

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided June 9, 1902.

Certiorari. Before Judge Roberts. Twiggs superior court. September 6, 1901.

*Henry Bunn Wimberly*, for plaintiff.